

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

January 6, 2020   1/7/2020

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Matter adj'd to Feb. 4, 2020 at 2:00 pm — time excluded through Feb 4, in the interest of justice, to facilitate plea discussions.

/s/ Colleen McMahon

Re: *United States v. De Lima et al.*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for January 6, 2020 at 2:30 p.m. to February 4, 2020 at 4:30 p.m. If Your Honor grants this request, the parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between January 6, 2020 and February 4, 2020 to allow the parties additional time to continue discussions of potential dispositions short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:  /s/
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by email): Defense counsel listed on ECF