**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States* v. *De Lima et al.*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for February 4, 2020 at 4:30 p.m. The parties request an adjournment of approximately sixty days. If Your Honor grants this request, the parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between February 4, 2020 and the adjourned conference date to continue discussions of potential dispositions short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   /s/
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by email): Defense counsel listed on ECF

---

*Handwritten endorsement:*

2/3/2020

Case adj' to April 6, 2020 for status conference for any defendant who has not pleaded guilty — time excluded in the interest of justice — to facilitate plea discussions.

[Signed] /s/ McMahon