**ANTHONY L. RICCO**
ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

Steven Z. Legon
Of Counsel

MEMO ENDORSED

4/30/20
Sentencing Adj to
July 21, 2020 @ 2:15.

*[signature: Colleen McMahon]*

April 29, 2020

By E.C.F.

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Pedro Vicioso De Lima*, Docket No. 18 Cr. 802 (CM)

Dear Judge McMahon:

Defense counsel respectfully submits this letter motion requesting that the sentencing of the defendant, Pedro Vicioso De Lima, which is presently scheduled for Tuesday, May 5, 2020, be continued for a period of ninety days.

This application is being made as a result of the Covid-19 pandemic, which has prevented defense counsel from meeting with the defendant, Pedro Vicioso De Lima, at the Metropolitan Correctional Center prior to sentencing, for the purpose of reviewing the Presentence Investigation Report (PSR) and obtaining information required to prepare the defendant's sentencing submission.

Defense counsel has discussed this application with the government, which has no objection.

Thank you for your consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

ALR/jh

cc: A.U.S.A. Aline R Flodr (By E.C.F.)
cc: A.U.S.A. Jessica Greenwood (By E.C.F.)