AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/24

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

United States of America
v.
Pedro Vicioso De Lima

Date of Original Judgment: 07/13/2021
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No: 18-CR-802-01 (CM)
USM No: 86285-054

Anthony L. Ricco
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

The Probation Department has determined that De Lima is ineligible for either of the Amendment 821 reductions. The Court agrees. Although De Lima had zero criminal history points prior to his conviction in this case, he is nonetheless ineligible for a reduction under Part B because he does not meet the other "specified criteria." De Lima's Guidelines calculation included an adjustment under U.S.S.G. §3B1.1(a) (Aggravating Role). One of the criteria that a defendant must meet to be eligible for a Part B reduction is that his Guidelines range calculation not have included an adjustment under §3B1.1. Moreover, even if De Lima had not received the Aggravating Role Enhancement, he would not be able to take advantage of the reduction afforded by Amendment 821 (Part B) because what would be his amended Guidelines (188-235 months') is still greater than the 108 months' sentence the Court originally imposed. Under U.S.S.G. § 1B1.10(b)(2)(A), the court is not permitted to reduce a defendant's term of imprisonment "to a term that is less than the minimum of the amended guideline range."

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/28/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Colleen McMahon, U.S.D.J.
*Printed name and title*