UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE.
500 Pearl Street, Room 120
New York,NY. 10007-1312



RECEIVED
JUL 10, 2024
S.D.N.Y.

RE: MOTION FOR REDUCTION IN SENTENCE UNDER TITLE, 18 U.S.C. § 3582(C)(1)(a)(i)
   and the"FIRST STEP ACT" Provisions of 21 U.S.C. § 851(e) Pro se
   Pedro Vicioso De Lima  Vs. United States of America.
   Case No: 18-CR-802-01  (CM)

Dear Court Clerk,

   Please find enclosed my petition for Reduction In Sentence to be filed
and submitted to the court for consideration and ruling.

   I would request to be notified of any action in this matter at the
address below. Please .

   Thank You for your time and assistance in this matter,It is greatly appreciated
and welcome.I await the Court's decision.

Sincerely,

*Pedro Vicioso De Lima* (signature)

Pedro Vicioso De Lima
Petitioner Pro Se
REG # 86285-054
FCI - Fort Dix
P.O.Box 2000
Joint Base MDL,NJ. 08640

**MEMO ENDORSED**

7/18/24

Def't's. Motion filed pursuant to
18 USC 3582(c)(1)(a)(i) And the
First Step Act is Denied. Nothing
in def't's. Motion provides a basis
for relief under these sections
of law.

*Colleen McMahon* (signature)

Copies mailed /faxed/handed to counsel on 7/18/2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/24