UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

Pedro Vicioso De Lima,

        Defendant.

18-CR-802-01 (CM)

---

### ORDER REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Defendant has filed a motion asking the Court to grant him compassionate release or, in the alternative, to reduce his sentence. (ECF Document 324).

The Government is to respond to the motion within 30 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: September 10, 2024
New York, New York

_____
COLLEEN McMAHON
United States District Judge